# STROOCK



October 24, 2007

By Hand

Michelle H. Schott
Direct Dial (212) 806-5761
Direct Fax (212) 806-7761

The Honorable Robert P. Patterson
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Crichlow v. New York City Department of Corrections, et al., 07 Civ. 3222 and related cases

Dear Judge Patterson:

As proposed pro bono counsel, we are writing to advise the Court of the status of our efforts to contact the plaintiffs in the above-referenced cases. We also jointly write on behalf of counsel to propose some modifications of the upcoming deadlines in the matters in which we have been retained.

Earlier today, we filed notices of appearances as counsel for the plaintiffs in *Crichlow v. New York City Department of Corrections*, et al, 07 Civ. 3222 and *Bush v. New York City Department of Corrections*, et al., 07 Civ. 4019. We have also been in contact with Mr. Brewster, and upon receiving a signed retained agreement, we expect to file a notice of appearance in *Brewster v. New York City Department of Corrections*, et al., 07 Civ. 4016, as well. Our efforts to locate the remaining five plaintiffs have thus far been unsuccessful.

We have written to Mssrs. Dublin, Thompson, and Blount, but these letters were returned as undeliverable. Because these plaintiffs no longer reside at the institutions cited in their complaints and they have not provided any updated contact information to the Court, we have been unable to reach them. We have also attempted to contact Mssrs. Williams and Dordan at the updated addresses which appeared on the docket following their release from the Eric M. Taylor Center on Rikers Island. The letter we sent to Mr. Williams was returned, and we have not received any response from Mr. Dordan. We understand that Assistant Corporation Counsel, Deborah Dorfman, has

The Honorable Robert P. Patterson
October 24, 2007
Page 2

also received undeliverable mail back when attempting to serve documents on these plaintiffs.

We have spoken with Ms. Dorfman and advised her that the plaintiffs who have retained Stroock will exercise their right to amend their complaints as of course on or before November 15, 2007. In light of the amendments, counsel jointly request that Defendants' time to answer or otherwise respond to the amended complaints in *Crichlow v. New York City Department of Corrections*, et al, 07 Civ. 3222, *Bush v. New York City Department of Corrections*, et al., 07 Civ. 4019, and *Brewster v. New York City Department of Corrections*, et al., 07 Civ. 4016, be extended to December 14, 2007.

Thank you for your consideration of this request.

Respectfully submitted,

Michelle H. Schott

*Application granted*
*So ordered*
*Rbt P Patterson*
*USDJ*
*10/25/07*

cc:   Deborah Dorfman, Esq.