USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/07

# STROOCK



November 20, 2007

By Hand

Michelle H. Schott
Direct Dial (212) 806-5761
Direct Fax (212) 806-7761

The Honorable Robert P. Patterson
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  *Dublin v. New York City Department of Corrections, et al.*, 07 Civ. 4017;
 *Crichlow v. City of New York, et al.*, 07 Civ. 3222;
 *Brewster v. City of New York, et al.*, 07 Civ. 4016;
 *Bush v. City of New York, et al.*, 07 Civ. 4019

Dear Judge Patterson:

We jointly write on behalf of counsel to propose some modifications of the upcoming deadlines in the above-referenced matters.

We have advised Assistant Corporation Counsel, Deborah Dorfman, that Mr. Standish Dublin will exercise his right to amend the complaint in *Dublin v. New York City Department of Corrections, et al.*, 07 Civ. 4017, as of course on or before December 17, 2007. In light of the amendment, counsel jointly request that Defendants' time to answer or otherwise respond to the amended complaint be extended to January 25, 2008, that Plaintiff's opposition to motion papers, if any, be due on February 29, 2008, and that Defendants' reply papers, if any, be due on March 17, 2008.

Counsel also jointly request that the schedules in the related matters *Crichlow v. City of New York, et al*, 07 Civ. 3222, *Bush v. City of New York, et al.*, 07 Civ. 4019, and *Brewster v. City of New York, et al.*, 07 Civ. 4016, be modified and that Defendants' time to answer or otherwise respond to the amended complaints be extended to January 18, 2008, that Plaintiffs' opposition to motion papers, if any, be due on February 22, 2008, and that Defendants' reply papers, if any, be due on March 10, 2008.

*application granted*
So ordered
[signature] Robt P Patterson
11/21/07

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

The Honorable Robert P. Patterson
November 20, 2007
Page 2

Thank you for consideration of this request.

Respectfully submitted,

*Michelle H. Schott*

Michelle H. Schott

cc:    Deborah Dorfman, Esq.