MEMO ENDORSED

# STROOCK



RECEIVED
DEC 21 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

By Hand

December 21, 2007

Michelle H. Schott
Direct Dial (212) 806-5761
Direct Fax (212) 806-7761

The Honorable Robert P. Patterson
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

Re:   *Crichlow v. City of New York, et al.*, 07 Civ. 3222

Dear Judge Patterson:

We write on behalf of Plaintiff in the above-referenced action to seek leave from the Court to serve a Second Amended Complaint to correct a typographical error in the caption. The caption should reflect that Defendant Sandra Langston is sued in both her individual and official capacity as Warden of the Eric M. Taylor Center, but the word "individual" was inadvertently omitted. Defendants will not be prejudiced in any way by the correction of this omission, since Plaintiff clearly alleged in the body of the Amended Complaint that Ms. Langston is sued in her official and individual capacities.

We have spoken with Assistant Corporation Counsel, Deborah Dorfman, and Defendants do not oppose Plaintiff's request. Accordingly, Plaintiff respectfully requests that the Court grant its application for leave to serve a Second Amended Complaint bearing the corrected caption.

Thank you for consideration of this request.

Respectfully submitted,

*[signature]*

Michelle H. Schott

*[handwritten endorsement: So ordered. Robert P. Patterson 12/21/07]*

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

The Honorable Robert P. Patterson
December 21, 2007
Page 2



cc:     Deborah Dorfman, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN DAMION CRICHLOW

              Plaintiff,

vs.

THE CITY OF NEW YORK, MARTIN F. HORN, in his individual and official capacity as Commissioner of the New York City Department of Corrections, MICHAEL HOURIHANE in his individual and official capacity as Warden of the Otis Bantum Correctional Center, ROBERT SHAW, in his individual and official capacity as Warden of the George R. Vierno Center, SANDRA LANGSTON, in her official capacity as Warden of the Eric M. Taylor Center, JOANDREA DAVIS, in her individual and official capacity as Warden of the Eric M. Taylor Center,

              Defendants.

**AMENDED COMPLAINT**

Civil Action No. 07 Civ 3222 (RPP)

Plaintiff KEVIN DAMION CRICHLOW, by and through his attorneys Stroock & Stroock & Lavan LLP, alleges upon knowledge as to himself and upon information and belief as to all other matters as follows:

### PRELIMINARY STATEMENT

1.     Mr. Crichlow files this action pursuant to 42 U.S.C. § 1983 seeking redress of injuries he suffered while in the custody of the New York City Department of Correction (the "DOC") for deprivation under color of state law of the rights, privileges and immunities secured to him by the United States Constitution and in particular the Eighth and Fourteenth Amendments thereof.