# STROOCK



# MEMO ENDORSED

By Hand

February 22, 2008

Michelle H. Schott
Direct Dial (212) 806-5761
Direct Fax (212) 806-7761

The Honorable Robert P. Patterson
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08
```

Re:  *Crichlow v. City of New York, et al.*, 07 Civ. 3222;
     *Brewster v. City of New York, et al.*, 07 Civ. 4016;
     *Bush v. City of New York, et al.*, 07 Civ. 4019;
     *Dublin v. City of New York, et al.*, 07 Civ. 4017

Dear Judge Patterson:

Enclosed please find a courtesy copy of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Second Amended Complaint in *Crichlow v. City of New York, et al.*, 07 Civ. 3222, filed today with the Clerk of the Court. We respectfully request oral argument for this motion.

As I discussed yesterday with your secretary, Kathleen Howley, the parties in the related matters *Brewster v. City of New York, et al.*, 07 Civ. 4016, *Bush v. City of New York, et al.*, 07 Civ. 4019, and *Dublin v. City of New York, et al.*, 07 Civ. 4017, have reached an agreement in principle to resolve these matters without the need for further court intervention. Accordingly, and with the consent of defense counsel, Plaintiffs Brewster, Bush, and Dublin will not be serving opposition papers to the Defendants' motions to dismiss. We respectfully request that the Court hold the pending motions in abeyance until the parties have finalized their settlements, at which time we will present the Court with a Proposed Stipulation and Order of Dismissal.

*Application granted. The pending motion will be held in abeyance until 3/25/08. So ordered. RPP 2/25/08*

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

The Honorable Robert P. Patterson
February 22, 2008
Page 2

Thank you for consideration of this request.

Respectfully submitted,

Michelle H. Schott

cc:    Deborah Dorfman, Esq.