UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

KEVIN DAMION CRICHLOW,

                              Plaintiff,

       vs.

THE CITY OF NEW YORK, MARTIN F. HORN, in his
individual and official capacity as Commissioner of the
New York City Department of Corrections, MICHAEL
HOURIHANE in his individual and official capacity as
Warden of the Otis Bantum Correctional Center, ROBERT
SHAW, in his individual and official capacity as Warden of
the George R. Vierno Center, SANDRA LANGSTON, in
her individual and official capacity as Warden of the Eric
M. Taylor Center, JOANDREA DAVIS, in her individual
and official capacity as Warden of the Eric M. Taylor
Center,

                              Defendants.

------------------------------------------------------------------------x

**NOTICE OF
APPEARANCE**

07 CV 3222 (RPP)

        **PLEASE** enter the appearance of the undersigned, as attorney to be noticed, on

behalf of defendants THE CITY OF NEW YORK; MARTIN F. HORN, in his individual and

official capacity as Commissioner of the New York City Department of Corrections; MICHAEL

HOURIHANE, in his individual and official capacity as Warden of the Otis Bantum Correctional

Center; ROBERT SHAW, in his individual and official capacity as Warden of the George R.

Vierno Center; SANDRA LANGSTON, in her individual and official capacity as Warden of the

Eric M. Taylor Center; and JOANDREA DAVIS, in her individual and official capacity as

Warden of the Eric M. Taylor Center.


Dated: New York, New York
       May 8, 2008

                                   MICHAEL A. CARDOZO
                                   Corporation Counsel of the
                                      City of New York
                                   Attorney for City Defendants
                                   100 Church Street, Room 2-305
                                   New York, N.Y. 10007
                                   (212) 788-8316
                                   e-mail: arosinus@law.nyc.gov


                                By:_____/s/_____
                                   David A. Rosinus, Jr. (DR 2311)
                                   Assistant Corporation Counsel

cc:     Ilana Cutler, Esq.
         James L. Bernard, Esq.
         Kevin J. Curnin, Esq.
         Michelle H. Schott, Esq.
         Stroock & Stroock & Lavan, L.L.P.
         Attorneys for Plaintiff (by ECF)