# STROOCK



RECEIVED

MAY 1 4 2008

CHAMBERS OF
JUDGE ROBERT P. PATTERSON

By Hand

May 13, 2008   **MEMO ENDORSED**

Michelle H. Schott
Direct Dial (212) 806-5761
Direct Fax (212) 806-7761

The Honorable Robert P. Patterson
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/08

Re:     *Crichlow v. City of New York, et al.*, 07 Civ. 3222

Dear Judge Patterson:

Enclosed please find a courtesy copy of the parties' proposed Discovery Plan and Scheduling Order for the above-referenced action.

We would also like to jointly request on behalf of counsel that this action be designated an Electronic Case Filing ("ECF") matter.

Thank you for consideration of this request.

Respectfully submitted,

*Michelle H. Schott*

Michelle H. Schott

cc:     Deborah Dorfman, Esq.

*application granted.*

*So ordered*

*RP Patterson*
*USDJ*

*5/14/08*