UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

KEVIN DAMION CRICHLOW,

                                Plaintiff,

      vs.

THE CITY OF NEW YORK, MARTIN F. HORN, in his individual and official capacity as Commissioner of the New York City Department of Corrections, MICHAEL HOURIHANE in his individual and official capacity as Warden of the Otis Bantum Correctional Center, ROBERT SHAW, in his individual and official capacity as Warden of the George R. Vierno Center, SANDRA LANGSTON, in her individual and official capacity as Warden of the Eric M. Taylor Center, JOANDREA DAVIS, in her individual and official capacity as Warden of the Eric M. Taylor Center,

                                Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 CV 3222 (RPP)

      **PLEASE** enter the appearance of the undersigned, as attorney to be noticed, on behalf of defendants THE CITY OF NEW YORK; MARTIN F. HORN, in his individual and official capacity as Commissioner of the New York City Department of Corrections; MICHAEL HOURIHANE, in his individual and official capacity as Warden of the Otis Bantum Correctional Center; ROBERT SHAW, in his individual and official capacity as Warden of the George R. Vierno Center; SANDRA LANGSTON, in her individual and official capacity as Warden of the Eric M. Taylor Center; and JOANDREA DAVIS, in her individual and official capacity as

Warden of the Eric M. Taylor Center.

Dated: New York, New York
       May 15, 2008

                              MICHAEL A. CARDOZO
                              Corporation Counsel of the
                                City of New York
                              Attorney for City Defendants
                              100 Church Street, Room 2-305
                              New York, N.Y. 10007
                              (212) 788-8316
                              e-mail: arosinus@law.nyc.gov

                          By: _____
                              David A. Rosinus, Jr. (DR 2311)
                              Assistant Corporation Counsel

cc:     Stroock & Stroock & Lavan, L.L.P.
         Attorneys for Plaintiff (by ECF)