



THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**Deborah A. Dorfman**
phone: (212) 788-0408
fax: (212) 788-0940
email: ddorfman@law.nyc.gov

# MEMO ENDORSED

August 21, 2008

**By Facsimile**
The Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/21/08

**Re: Crichlow v. City of New York, et al., 07 Civ. 3222 (RPP)**

Dear Judge Patterson:

Pursuant to Local Rule 1.4, I write to request leave of Court to withdraw as counsel of record from the above-captioned action. I make this request because I will discontinuing my employment with the New York City Law Department as of the close of business on August 22, 2008. My colleague, Assistant Corporation Counsel, Alan Rosinus, and the Office of Corporation Counsel of the City of New York will continue to represent all of the defendants in this matter.

Thank you for your consideration of this request

Respectfully submitted,

Deborah A. Dorfman
Assistant Corporation Counsel

cc:    Alan Rosinus, Assistant Corporation Counsel
       Michelle Schott, Esq., Counsel for Plaintiff

*Application Granted.*
*So Ordered*
*RPP Patterson*
*USDJ*
*8/21/08*