**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

Kevin Chrichlow

Plaintiff,

07 CIVIL 3222 (RPP)

-against-

City of New York, et al.

Defendants
------------------------------------------------------------x

## NOTICE  OF  CHANGE  OF  ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Deborah A Dorfman

☐    *Attorney*

☑    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
I do not have a SDNY # but my NY Bar # is

☐    I am a Pro Hac Vice attorney

☑    I am a Government Agency attorney

☐    *Law Firm/Government Agency Association*

From: New York City Law Department, Office of the Corporation Couns

To: Disability Rights Legal Center

☐    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☑    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on Aug. 21, 2008 by Judge Patterson

☐    *Address:* 919 Albany Street, Los Angeles, CA 90015

☐    *Telephone Number:* (213) 736-1195

☐    *Fax Number:* (213) 736-1428

☐    *E-Mail Address:* Deborah.Dorfman@llc.edu

Dated: Aug. 22, 2008