FAX 212 806 5792      STROOCK                          ☐002/003

# STROOCK

                                                **RECEIVED**
                                                AUG 29 2008
                                                CHAMBERS OF
                                                JUDGE ROBERT P. PATTERSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

August 29, 2008

By Facsimile

Michelle H. Schott
Direct Dial (212) 806-5761
Direct Fax (212) 806-7761

The Honorable Robert P. Patterson, Jr.
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  *Crichlow v. City of New York, et al.*, 07 Civ. 3222

Dear Judge Patterson:

We represent Plaintiff Kevin Damion Crichlow in the above-referenced matter. With the consent of Assistant Corporation Counsel David A. Rosinus, Jr., counsel for the Defendants, we write to request an adjournment of the case management conference currently scheduled for September 12, 2008. Counsel for the parties have conferred and are available any day of the week of September 15th or the week of September 22nd.

Thank you for consideration of this request.

Respectfully submitted,

Michelle H. Schott

Enclosure

cc:  David A. Rosinus, Jr.

*Application granted. Conference adjourned to 9/18/08 at 9 AM. So ordered.*

*Robert P. Patterson*
*9/2/08*

☑003/003

___/2008 11:40 FAX 212 806 5792         STROOCK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X

*Kevin Cichlero*

                 Plaintiff(s),      CALENDAR NOTICE

      -against -           07 cv 3222 (RPP)

*NYC Department of Corrections*

                 Defendant(s).
————————————————————X

PLEASE TAKE NOTICE THAT A CASE MANAGEMENT CONFERENCE IN THE ABOVE CAPTIONED ACTION HAS BEEN SCHEDULED FOR ~~FRIDAY~~ *Sept. 12, 2008* AT *9:30 am*, BEFORE THE HONORABLE ROBERT P. PATTERSON, JR., UNITED STATES DISTRICT COURT JUDGE IN COURTROOM 24A.
ALL REQUESTS FOR CONFERENCE ADJOURNMENTS MUST BE IN WRITTEN FORM **NO LESS THAN 48 HOURS PRIOR TO THE CONFERENCE DATE**. NO REQUESTS WILL BE ENTERTAINED BY TELEPHONE.

Please advise all parties by telephone and in writing of the scheduled conference, and forward a copy of your notification letter to Chambers. Failure to appear at the conference by the Plaintiff may result in dismissal of the action for lack of prosecution. Failure to appear by the Defendant(s) may result in a default judgment.

**ALL COUNSEL MUST APPEAR AT THE SCHEDULED CONFERENCE.**

Dated: New York, New York
      8/18/08

                            MICHAEL J. McMAHON
                            CLERK OF COURT
                      By: _____
                            Robert Monteagudo
                            Courtroom Deputy to
                   Hon. Robert P. Patterson, Jr.
                          (212) 805-0115

cc: *Alana Cutler*
    *Deborah Dorfman*